DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUBA SOLONENKO,**
Appellant,

v.

**GEORGIA NOTES 18, LLC,** and **FELICE CELLINI,** et al,
Appellees.

No. 4D18-1405

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 14-3589 CACE.

Andrey Solonenko, Miramar, for appellant.

Michael B. Stevens and Theodore A. Stevens of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee Georgia Notes 18, LLC.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***